# Court of Appeals
# of the State of Georgia

ATLANTA,  August 05, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0014. THOMAS GABRIEL DEAN v. SERCLEAN INC.**

After the magistrate court entered judgment against him, Thomas Gabriel Dean filed this application for discretionary appeal. However, "the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (citation and punctuation omitted). The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. See also *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988). Accordingly, this application is hereby TRANSFERRED to the Superior Court of DeKalb County for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/05/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*